UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Timothy Ventura and Debra Ventura,

   Plaintiffs,

v.          Case No.  10-13235
           Honorable Sean F. Cox

Bank of America, N.A., *et al.*,

   Defendants.

_____/

**ORDER**
**ACCEPTING AND ADOPTING REPORT & RECOMMENDATION**
**AND DENYING DEFENDANTS' MOTION FOR RELEASE OF FUNDS IN ESCROW**

 Plaintiffs filed suit in state court, asserting claims relating to their residential mortgage. Defendants removed the action to this Court.  On August 1, 2011, this Court entered a stipulated order dismissing this action with prejudice.

 Thereafter, on October 7, 2011, Defendants Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association filed a "Motion to Release Escrow Funds."  (Docket Entry No. 18).  This Court referred the motion to Magistrate Judge Mark Randon for issuance of a report and recommendation.

 On February 10, 2012, Magistrate Judge Randon issued his Report and Recommendation ("R&R") wherein he recommends that the motion be denied.

 Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall

1

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id.*

The time for filing objections to the R&R has expired and the docket reflects that no party has filed objections to the R&R.

The Court hereby ADOPTS the February 10, 2012 R&R.  IT IS ORDERED that Defendants' Motion to Release Funds in Escrow is DENIED.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  March 5, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 5, 2012, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager

2